# United States District Court
## Middle District Of Florida
### Orlando Division

**LATONI SHAKERA RONIQUE WILDER,**

       Plaintiff,

v.                                                  Case No: 6:14-cv-1445-Orl-41KRS

**COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.

## Report and Recommendation

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **CONSENT MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REMAND OF THE CAUSE TO DEFENDANT (Doc. No. 17)**
>
> **FILED:**       April 7, 2015

The Acting Commissioner of Social Security ("Commissioner") requests that this case be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 17, at 1. The Commissioner requests a remand to do the following:

> [T]he Appeals Council will instruct the Administrative Law Judge (ALJ) to: (1) clarify the nature and severity of the claimant's intellectual disability impairment, (2) further evaluate whether the claimant's impairment satisfies the criteria of listing 12.05, and (3) obtain testimony from a medical expert.

*Id.* at 2. Plaintiff consents to the request for remand. *Id.* at 1.

Accordingly, I respectfully **RECOMMEND** that the final decision of the Commissioner be **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and that the case be **REMANDED** for further proceedings consistent with the undertaking set forth in the motion.  I further **RECOMMEND** that the Court direct the Clerk of Court to issue a judgment consistent with the foregoing recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 8, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy