UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LATONI SHAKERA RONIQUE WILDER,**

        **Plaintiff,**

v.                                           **Case No:  6:14-cv-1445-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Consent Motion for Entry of Judgment with Remand (the "Consent Motion," Doc. 17). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation, which recommends that the Consent Motion be granted, the final decision of the Commissioner of Social Security be reversed, and this case be remanded for further proceedings. (Doc. 18, at 2). Judge Spaulding also recommends that the Clerk be directed to enter judgment accordingly. (*Id.*).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Consent Motion (Doc. 17) is **GRANTED**.

3. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for further proceedings consistent with the Consent Motion.

4. Upon remand, Defendant shall direct the Appeals Council to instruct the Administrative Law Judge to: (1) clarify the nature and severity of the claimant's intellectual disability impairment; (2) further evaluate whether the claimant's impairment satisfies the criteria of listing 12.05; and (3) obtain testimony from a medical expert.

5. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record