# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LATONI SHAKERA RONIQUE WILDER,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No:   6:14-cv-1445-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 21)**
>
> **FILED:      June 1, 2015**

Plaintiff Latoni Shakera Ronique Wilder seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  A final judgment reversing the decision below was entered on May 15, 2015.  Doc. No. 20.  Counsel for Plaintiff represents that the Commissioner does not object to the relief requested.  Doc. No. 21 ¶ 11.  Thus, the motion is now ripe for consideration.

Richard A. Culbertson, Esq., Plaintiff's counsel of record, seeks an award of $2,850.89 in EAJA fees.  *Id.* at 1.  The fee request covers 0.9 hours of work in 2014 and 1.2 hours of work in

2015 by Attorney Culbertson. Doc. No. 21, at 10. The request also covers 0.7 hours of work in 2014 and 12.1 hours of work in 2015 by Sarah Fay, Esq. *Id.* at 11.

The EAJA sets a ceiling of $125.00[1] on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index ("CPI"). 28 U.S.C. § 2412(d)(2)(A). Attorney Culbertson requests a fee at the rate of $190.06 per hour for all work performed. Doc. No. 21, at 7. Attorney Culbertson provides an analysis of the cost-of-living adjustments using the CPI. *See id.* at 7–9. Independent calculations show that the average adjusted hourly rates for 2014 and 2015 are $190.06[2] and $188.89,[3] respectively. Accordingly, based on the cost-of-living adjustment, the requested rate of $190.06 per hour for 2014 does not exceed the EAJA cap of $125.00 per hour adjusted for inflation. The requested rate does, however, exceed the EAJA cap for the work performed in 2015.

The EAJA states that the amount of attorney's fees and costs shall be based on prevailing market rates, "except that . . . attorney fees shall not be awarded in excess of $125 per hour unless

---

[1] Congress amended the EAJA and changed the statutory rate to $125.00 for all civil actions filed on or after March 29, 1996. 28 U.S.C. § 2412(d)(2)(A)(ii) (as amended by Pub. L. 104-121, § 232(b)(1)).

[2] The figure is calculated by taking the "Annual" CPI rate for 2014 and subtracting from it the March 1996 rate (236.736 – 155.7 = 81.036) and then dividing that number by the March 1996 rate (81.036 ÷ 155.7 = 0.5205). These calculations result in the cost-of-living percentage increase from March 1996 through 2014. The cost-of-living percentage increase is then applied to the statutory rate of $125.00 to derive the adjusted hourly rate permitted by the EAJA ((0.5205 × 125) + 125 = 190.06). *See* Department of Labor, Bureau of Labor Statistics, *available at* http://data.bls.gov/cgi-bin/surveymost?bls (check box next to "CPI for All Urban Consumers (CPI-U) 1982-84=100" and click on "Retrieve data" button) (last visited June 15, 2015).

[3] The figure is calculated by averaging the CPI rates for January, February, March, and April of 2015 and subtracting from it the March 1996 rate (((233.707 + 234.722 + 236.119 + 236.599) ÷ 4) − 155.7 = 79.587) and then dividing that number by the March 1996 rate (79.587 ÷ 155.7 = 0.5111). These calculations result in the cost-of-living percentage increase from March 1996 through March 2015. The cost-of-living percentage increase is then applied to the statutory rate of $125.00 to derive the adjusted hourly rate permitted by the EAJA ((0.5111 × 125) + 125 = $188.89). *See* Department of Labor, Bureau of Labor Statistics, *available at* http://data.bls.gov/cgi-bin/surveymost?bls (check box next to "CPI for All Urban Consumers (CPI-U) 1982-84=100" and click on "Retrieve data" button) (last visited June 15, 2015).

the court determines that an increase in the cost of living or a special factor . . . justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A). At least one judge of this Court has expressed concern that the maximum rates authorized by applying a cost-of-living adjustment exceed the reasonable hourly rate for work of this type. *See Coffman v. Astrue*, No. 8:07-cv-1416-T-TGW, 2008 WL 5137956 (M.D. Fla. Dec. 5, 2008). Nevertheless, because the Commissioner does not object to the hourly rate sought and the rate of $190.06 per hour for work performed in 2014 is within the rates permitted by the EAJA, I recommend that the Court find the requested rate is reasonable for those years in the absence of objection. Because the requested hourly rate for 2015 exceeds the maximum permissible hourly rate, however, I recommend that the Court find the rate for that work should be reduced to $188.89 per hour, the maximum rate that may be awarded.

I also recommend that the Court find the total number of hours worked by Attorneys Culbertson and Fay is reasonable in the absence of objection.

Attorney Culbertson also seeks costs in the amount of $400.00 for the filing fee. Doc. No. 21, at 1. The docket reflects that Plaintiff paid a $400.00 filing fee. I recommend that the Court find this fee is a taxable cost.

Accordingly, I respectfully **RECOMMEND** that the Court **GRANT in part** Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 21) and **ORDER** the Commissioner to pay

Plaintiff Latoni Shakera Ronique Wilder attorneys' fees in the amount of $2,816.33[4] and costs in the amount of $400.00.

Failure to file written objections to the proposed findings and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its filing shall bar an aggrieved party from challenging on appeal the district court's order based on unobjected-to factual findings and legal conclusions.

Recommended in Orlando, Florida on June 15, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[4] The total fee for hours worked is calculated as follows: ($190.06 per hour × 0.9 hour worked by Attorney Culbertson in 2014 = $171.05) + ($188.89 per hour × 1.2 hours worked by Attorney Culbertson in 2015 = $226.67) + ($190.06 per hour × 0.7 hours worked by Attorney Fay in 2014 = $133.04) + ($188.89 per hour × 12.1 hours worked by Attorney Fay in 2015 = $2,285.57) = $2,816.33.