UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LATONI SHAKERA RONIQUE WILDER,**

    **Plaintiff,**

v.              Case No:  6:14-cv-1445-Orl-41KRS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees ("Motion for Fees," Doc. 21). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 22), which recommends that the Motion for Fees be granted in part and that Plaintiff be awarded $2,816.33 in attorney's fees and $400 in taxable costs. (R. & R. at 3–4).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 21) is **GRANTED in part**.

3. Plaintiff is awarded $2,816.33 in attorney's fees and $400.00 in taxable costs.

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record